IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-00201-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DEXTER BROADNAX, | ) | |
| Defendant. | ) | |

This matter is before the court on Dexter Broadnax's Motion to Receive Copies [DE-173]. In his motion, Broadnax asserts that he paid for copies of the opening and closing arguments from his trial, but he has not received the copies. Broadnax further asserts that he would like a copy of his § 2255 motion and a copy of the court's official docket sheet.

The court has been advised that Broadnax has not made arrangements with the court's official reporter to obtain copies of the opening and closing arguments from his trial. Accordingly, Broadnax's Motion to Receive Copies [DE-173] is ALLOWED to the extent that Broadnax is entitled to a copy of the transcripts at a cost.[1] The Clerk is DIRECTED to provide Broadnax with a copy of his § 2255 motion and a copy of the court's official docket sheet. The Clerk is also DIRECTED to provide Broadnax with information on how he might obtain a copy of the transcript of the opening and closing arguments from his trial.

SO ORDERED.

This, the _17_ day of December, 2013.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge

---

[1] An indigent defendant may be entitled to transcripts at the government's expense if he has stated a proper ground for relief and the transcripts are indispensable. *United States v. Glass*, 317 F.2d 200, 202-03 (4th Cir. 1963).